IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN D. WILLIAMS,<br><br>Defendant.<br>_____/ | No. CR 05-00001 VRW<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Defendant Calvin Williams sent a letter to Judge Vaughan Walker, who has retired from the federal judiciary. Defendant stated that his term of supervised release has ended, but that he still has a "federal hold indicating [he is] still on federal probation." By order dated April 10, the government and probation were requested to respond to defendant's request that his supervised release be terminated.

Probation provided a response stating that, upon release from imprisonment, defendant resided in the Western District of Washington, which accepted supervision of defendant while on supervised release. Supervision was subsequently transferred to the Eastern District of California. Due to a violation of supervised release, a warrant issued against defendant. Judge Morrison England is presiding over that matter (Dkt. No. 28). Both probation and the government agree that this Court has no jurisdiction to determine whether supervised release should be terminated, as defendant is being supervised in the Eastern District of California.

Probation has notified the probation officer assigned to defendant in that district, who has communicated to defendant and his family the reasons his supervision has not been terminated.

Accordingly, the motion for early termination is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE